JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANGER JUICE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZUCARMEX USA, INC.; DOES 1 to 20, <br><br> Defendants. | Lead Case No.: <br> 2:21-cv-02462-AB (PVCx) <br><br> Consolidated Case No.: <br> 2:21-cv-02524-AB (PVCx) |
| ZUCRUM FOODS LLC, an Arizona limited liability company, doing business as ZUCARMEX USA, <br><br> Plaintiff, <br><br> v. <br><br> LANGER JUICE COMPANY, INC., a California corporation based in City of Industry, CA; L&A JUICE COMPANY, a California corporation also based in City of Industry, CA; DAVID LANGER, a vice-president of the entity Defendants; BRUCE LANGER, a vice-President of the entity Defendants, DOES I through XX, inclusive, <br><br> Defendants. | **ORDER DISMISSING CIVIL ACTION IN ITS ENTIRETY** |

1.

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **eighty (80) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  June 24, 2022

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE